EXHIBIT 4

# David R. Shook
## Attorney at Law, PLLC
### 6480 Citation Drive
### Clarkston, Michigan 48346

July 17, 2017
Invoice #: 1113

William E. Willett Jr.
5401 Sunnyside Dr.
Clarkston, MI 48346

Matter: [Case Administration]

| Date | Description | Hours | Rate | Tax | Total |
|------|-------------|-------|------|-----|-------|
| 2/27/2017 | Conference<br>Conference with Client address pending foreclosure of home discuss Ch 13 process | 1.20 | $295.00 | $0.00 | $354.00 |
| 2/28/2017 | Review<br>Review documents from Client, have AKM prepare emergency petition | 0.40 | $295.00 | $0.00 | $118.00 |
| 3/1/2017 | Review<br>Review payroll records preparation of Forms 122C-1 and 2 | 0.60 | $295.00 | $0.00 | $177.00 |
| 3/2/2017 | Conference<br>Conference with Client regarding review emergency documents and Means Test, revise and have Client sign the same | 0.80 | $295.00 | $0.00 | $236.00 |
| 3/13/2017 | Review<br>Review draft of Schedules and SOFA, modify the same | 0.40 | $295.00 | $0.00 | $118.00 |
| 3/13/2017 | Telephone Call<br>Telephone call with H. Kolowich at Huntington Bank regarding status of case and treatment of the banks claim | 0.20 | $295.00 | $0.00 | $59.00 |
| 3/17/2017 | Conference<br>Conference with Client to review documents for preparation of balance of Schedules | 0.40 | $295.00 | $0.00 | $118.00 |
| 3/20/2017 | Conference<br>Conference with Client review and approve balance of schedules for filing | 0.30 | $295.00 | $0.00 | $88.50 |
| 3/20/2017 | Continue Work<br>Continue work in finalizing the balance of Schedules and Statement of Financial Affairs, revie documents to be provided to Ch 13 Trustee | 0.50 | $295.00 | $0.00 | $147.50 |
| 4/6/2017 | Review<br>Review 341 Sheet, notes to file regarding the same | 0.30 | $295.00 | $0.00 | $88.50 |
| 4/11/2017 | Email<br>Emails exchanged with Client regarding need to produce Federal 1040 prior to 341 meeting and other creditor meeting issues | 0.20 | $295.00 | $0.00 | $59.00 |
| 4/21/2017 | Court Appearance<br>Court appearance at Section 341 meeting of creditors | 0.90 | $295.00 | $0.00 | $265.50 |
| 4/21/2017 | Travel<br>Travel to and from USBC-Detroit | 1.00 | $295.00 | $0.00 | $295.00 |
| 5/10/2017 | Review<br>Review Trustee's objections to exemptions | 0.10 | $295.00 | $0.00 | $29.50 |
| 5/16/2017 | Preparation<br>Preparation of answer to Trustee's objection to exemptions and Amended Schedule C to address the same | 0.40 | $295.00 | $0.00 | $118.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 5/22/2017 | Review<br>Review additional payroll documents as requested by Trustee's office | 0.30 | $295.00 | $0.00 | $88.50 |
| 7/12/2017 | Preparation<br>Preparation of First Interim Application for Compensation of Attorney for Debtor | 1.00 | $295.00 | $0.00 | $295.00 |
| | **Amount Due** | **9.00** | | | **$2,655.00** |

# David R. Shook
## Attorney at Law, PLLC
### 6480 Citation Drive
### Clarkston, Michigan 48346

July 17, 2017
Invoice #: 1114

William E. Willett Jr.
5401 Sunnyside Dr.
Clarkston, MI 48346

Matter: [Plan and Disclosure Statements]

| Date | Description | Hours | Rate | Tax | Total |
|------|-------------|-------|------|-----|-------|
| 3/13/2017 | Review<br>Review Client documents, prepare proposed Ch 13 Plan | 0.50 | $295.00 | $0.00 | $147.50 |
| 3/17/2017 | Conference<br>Conference with Client to review rough terms of Ch 13 Plan | 0.30 | $295.00 | $0.00 | $88.50 |
| 3/20/2017 | Conference<br>Conference with Client review and approve Ch 13 Plan for filing | 0.30 | $295.00 | $0.00 | $88.50 |
| 3/20/2017 | Continue Work<br>Continued work on Ch 13 Plan | 0.40 | $295.00 | $0.00 | $118.00 |
| 5/10/2017 | Email<br>Detailed emailed to Client regarding Trustee's objections to confirmation | 0.20 | $295.00 | $0.00 | $59.00 |
| 5/10/2017 | Review<br>Review Trustee's objections to confirmation, notes to file | 0.40 | $295.00 | $0.00 | $118.00 |
| 5/15/2017 | Review<br>Review documents provided by Client regarding Trustee's objection to confirmation | 0.20 | $295.00 | $0.00 | $59.00 |
| 5/16/2017 | Preparation<br>Preparation of Amended Schedule I and J to address Trustee objection | 0.20 | $295.00 | $0.00 | $59.00 |
| 5/17/2017 | Email<br>Email Client regarding remaining issues for confirmation, review his reply to the same | 0.30 | $295.00 | $0.00 | $88.50 |
| 5/18/2017 | Review<br>Review documents provided by Client in reply to Trustee's objections to confirmation, have same forwarded to the Trustee | 0.20 | $295.00 | $0.00 | $59.00 |
| 5/22/2017 | Email<br>Email J. Plasters regarding confirmation issue, review her reply and forward additional documents | 0.40 | $295.00 | $0.00 | $118.00 |
| 5/22/2017 | Preparation<br>Preparation of proposed OCP and confirmation hearing statement | 0.20 | $295.00 | $0.00 | $59.00 |
| 5/23/2017 | Preparation<br>Preparation of amended Means Test pursuant to Trustee's objection to confirmation | 0.50 | $295.00 | $0.00 | $147.50 |
| 5/25/2017 | Review<br>Review confirming email that Plan will be fast tracked for 05/30 hearing | 0.10 | $295.00 | $0.00 | $29.50 |
| | **Amount Due** | 4.20 | | | **$1,239.00** |

17-43030-pjs    Doc 31-2    Filed 07/24/17    Entered 07/24/17 10:23:58    Page 3 of 4

July 17, 2017
Invoice #: 1115

William E. Willett Jr.
5401 Sunnyside Dr.
Clarkston, MI 48346

Matter: [Claims Administration and Objections]

| Date | Description | Hours | Rate | Tax | Total |
|------|-------------|-------|------|-----|-------|
| 7/10/2017 | Review<br>Review claims filed to date and attachments, focus on mortgage claim of Bank of America | 0.60 | $295.00 | $0.00 | $177.00 |
| | **Amount Due** | **0.60** | | | **$177.00** |